1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:24-cv-00509-JAM-CSK

        IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:25-cv-01721-JAM-CSK

13                                              No. 2:25-cv-01722-JAM-CSK

14                                              No. 2:25-cv-01911-JAM-CSK

15                                              No. 2:25-cv-02000-JAM-CSK

16

17

18

19                                              **ORDER**

20

21

22          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

23   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

24   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

25   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

26   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

27   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

28   the Court to open a new case for each attempted new pleading and assign it to the Court for

                                              1

1  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

2  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

3      The Court has reviewed the complaints/petitions filed in the above-captioned cases and

4  finds they are related to Plaintiff's Alameda County criminal conviction.

5      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00509, 2:25-cv-01721, 2:25-cv-

6  01722, 2:25-cv-01911 and 2:25-cv-02000 are **DISMISSED**; the Clerk of the Court is

7  **DIRECTED** to **CLOSE** these cases.  **No further filings will be accepted**.

8

9   Dated: July 25, 2025                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
10                                          SENIOR UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28